# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0073
Lower Tribunal No. F10-35542
_____

**Corey C. Charlton,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Corey C. Charlton, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.